■ CHARLES F. NOYES CO., INC., Appellant, v WPP CORP., Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Marbach, J.), entered April 26, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Marbach at the Supreme Court. Lawrence, J. P., Sullivan, Harwood and Balletta, JJ., concur.